## HARRIS v. STATE ex rel. BANK COM'R.

No. 22460. Opinion Filed Dec. 6, 1932.

Rehearing Denied Jan. 3, 1933.

Application for Leave to File Second Petition for Rehearing Denied Feb. 28, 1933.

Robinson & Oden and Chas. H. Garnett, for plaintiff in error.

M. B. Cope, W. C. Austin, Robert B. Harbison, and L. A. Pelley, for defendant in error.

McNEILL, J. This case was consolidated in this court with case of E. L. Garnett v. State of Oklahoma ex rel. Bank Commissioner, this day decided, 162 Okla. 195, 19 P. (2d) 375, and the views therein expressed are controlling herein. Judgment affirmed.

CLARK, V. C. J., and RILEY, HEFNER, SWINDALL, ANDREWS, and KORNEGAY, JJ., concur. CULLISON, J., dissents. LESTER, C. J., absent.